UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FAIR HOUSING CENTER OF
WASHTENAW COUNTY, INC.,          CIVIL ACTION NO. 07-10262

      Plaintiff,                 DISTRICT JUDGE AVERN COHN

v.

TOWN & COUNTRY APARTMENTS -
AAN ARBOR, LLC,

      Defendant.
_____/

### ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER

Before the Court is the above referenced motion. The Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. The discovery deadline is extended to August 30, 2008 and the dispositive motion deadline is extended to September 30, 2008. The remaining dates shall be the same.

Dated: July 11, 2008                 s/Avern Cohn
                                           AVERN COHN
                                           UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, July 11, 2008, by electronic and/or ordinary mail.

                                                           s/Julie Owens
                                                           Case Manager, (313) 234-5160